ALBERT M. CARD, Respondent, *v.* JOHN A. MOORE et al.,
Appellants.

*Card* v. *Moore,* 68 App. Div. 327, affirmed.
(Argued December 18, 1902; decided January 6, 1903.)

APPEAL from a judgment, entered July 30, 1902, upon an
order of the Appellate Division of the Supreme Court in the
second judicial department, affirming an interlocutory judg-
ment in favor of plaintiff entered upon a decision of the
court on trial at Special Term.

*Louis S. Philips* and *Richard F. Goldsborough* for
appellants.

*Theodore F. Hamilton* and *Edward Stetson Griffing* for
respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT and
HAIGHT, JJ. Absent.: CULLEN and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
MORTIMER BURNS, Appellant.

*People* v. *Burns,* 73 App, Div. 611, affirmed.
(Argued October 30, 1902; decided January 13, 1903.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
July 10, 1902, which affirmed a judgment of the Cayuga
County Court rendered upon a verdict convicting the defend-
ant of the crime of rape in the first degree.

*Robert L. Drummond* for appellant.

*Harry T. Dayton, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: GRAY, O'BRIEN, MARTIN, VANN, CULLEN and
WERNER, JJ. Absent: PARKER, Ch. J.